UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

OCEY L. HOLLAND                                                                                      PLAINTIFF

VS                                                                           CIVIL ACTION NO. 3:10CV-523-H

DEAN DAIRY HOLDINGS, LLC                                                                   DEFENDANT(S)

**ORDER**

The parties having notified the Magistrate Judge of a settlement in this matter pursuant to DN#44;

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty (30) days. Counsel may tender a supplemental order of dismissal if they so desire.

Date: January 31, 2013

Copies to counsel