UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **OCEY L. HOLLAND IV** ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 3:10-CV-523-H |
| **v.** ) | |
| ) | |
| **DEAN DAIRY HOLDINGS, LLC d/b/a** ) | |
| **DEAN MILK COMPANY, LLC** ) | |
| ) | |
| *Defendant* ) | |

## PROPOSED ORDER

The Court being sufficiently advised that Defendant, Dean Dairy Holdings, LLC d/b/a Dean Milk Company, LLC, having completed compliance with the Order of this Court, (DN 45, 46), and having considered same, IT IS HEREBY ORDERED that Plaintiff, Ocey L. Holland, IV, Motion for Sanctions is hereby withdrawn.

ORDERED TENDERED BY
Dr. Mary Stoddard, Esq.
STODDARD & ASSOCIATES, PLLC
1301 Clear Spring Trace Suite 101
Louisville, KY 40223
Attorney for Plaintiff